**UNITED STATES of America Plaintiff-Appellee**

v.

**Shannon J. STRAUB Defendant-Appellant**

**No. 16-1813**

United States Court of Appeals, Eighth Circuit.

Submitted: November 7, 2016

Filed: December 13, 2016

Jennifer Winfield, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Missouri, Saint Louis, MO, for Plaintiff-Appellee

Shannon J. Straub, Pro Se

Before LOKEN, BOWMAN, and MURPHY, Circuit Judges.

District of Iowa.

PER CURIAM.

After pleading guilty to 3 counts of transporting individuals through interstate commerce for prostitution, Shannon Straub appeals the district court's [1] within-Guidelines-range sentence. His counsel has moved for leave to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the sentence was substantively unreasonable.

We find no abuse of discretion in the district court's sentence, as the court considered the 18 U.S.C. § 3553(a) factors and did not give significant weight to an improper or irrelevant factor or commit a clear error of judgment in weighing the factors, see United States v. Miller, 557 F.3d 910, 917 (8th Cir. 2009); and because within-Guidelines sentences are generally presumed reasonable, see United States v. Callaway, 762 F.3d 754, 760 (8th Cir. 2014). We have also independently reviewed the record pursuant to Penson v. Ohio, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and have found no non-frivolous issues.

Accordingly, we affirm and grant counsel's motion to withdraw.

---

1. The Honorable Audrey G. Fleissig, United States District Judge for the Eastern District of Missouri.